No. 87–1151.   LEDERLE LABORATORIES, A DIVISION OF AMER-
ICAN CYANAMID CO. v. TONER ET AL.   C. A. 9th Cir.   Certiorari
denied.   JUSTICE KENNEDY took no part in the consideration or
decision of this petition.

No. 87–1166.   MENDEZ v. MENDEZ.   Dist. Ct. App. Fla., 3d
Dist.   Motion of Watchtower Bible & Tract Society of New York,
Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari
denied.